SARAH BARROWS (CA SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
T: (415) 655-1300 / F: (415) 707-2010

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>LG ELECTRONICS, INC., a South Korean corporation; LG ELECTRONICS U.S.A., INC., a Delaware corporation; and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>*Defendants*. | Case No. 15-cv-02500-HRL<br><br>**LG DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT PURSUANT TO LOCAL PATENT RULE 2-1(a)** |

In accordance with Local Patent Rule 2-1(a), Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; and LG Electronics Mobilecomm U.S.A., Inc. (the "LG Defendants" or "LG") hereby notify the Court that the following cases concerning the same patent and filed by the same plaintiff have been transferred to and are now pending in this District[1] before Magistrate Judge Elizabeth D. Laporte:

---

[1] Two additional cases involving the same patent and filed by the same plaintiff remain pending in the Southern District of Florida, namely, *Rothschild Storage Retrieval Innovations, LLC v. Nokia Corporation et al.*, No. 1:14-cv-22657-DPG and *Rothchild Storage Retrieval Innovations, LLC. v. Motorola Mobility LLC*, No. 1:14-cv-22659-RNS.

(1) *Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Communications (USA) Inc.*, No. 3:15-cv-00234-EDL;

(2) *Rothschild Storage Retrieval Innovations, LLC v. HTC Corporation et al.*, No. 3:15-cv-00373-EDL;

(3) *Rothschild Storage Retrieval Innovations, LLC v. Samsung Electronics Co., Ltd.*, No. 3:15-cv-00539-EDL; and

(4) *Rothschild Storage Retrieval Innovations, LLC v. Apple Inc.*, No. 3:15-cv-00541-EDL.

DATED: July 31, 2015                                    GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Sarah Barrows*

　　　　　　　　　　　　　　　　　　　　　　　　　SARAH BARROWS (CA SBN 253278)
　　　　　　　　　　　　　　　　　　　　　　　　　barrowss@gtlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　4 Embarcadero Center, Suite 3000
　　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　　　　　T: (415) 655-1300 / F: (415) 707-2010

　　　　　　　　　　　　　　　　　　　　　　　　　***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel or parties of record.

/s/ *Jessi Knight*
Jessi Knight