UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC, et al.,<br><br>Defendants. | Case No. 5:15-cv-02500-EJD<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (see Docket Item Nos. 49, 56), the Clerk shall reassign it to Chief Magistrate Judge Elizabeth D. Laporte pursuant to Patent Local Rule 2-1(a).[1]

**IT IS SO ORDERED.**

Dated: September 18, 2015

EDWARD J. DAVILA
United States District Judge

---

[1] Magistrate Judge Laporte currently presides over several lower-numbered related cases. See Case Nos. 3:15-cv-00234-EDL; 3:15-cv-00373-EDL; 3:15-cv-00539-EDL; and 3:15-cv-00541-EDL.

1

Case No.: 5:15-cv-02500-EJD
ORDER DIRECTING CLERK TO REASSIGN CASE