SARAH BARROWS (CA SBN 253278)
barrowss@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
T: (415) 655-1300 / F: (415) 707-2010

*Attorney for Defendants*

Jill F. Kopeikin (State Bar No. 160792)
jkopeikin@gcalaw.com
Valerie M. Wagner (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS, LLC
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
T: (650) 428-3900 / F: (650) 428-3901

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>LG ELECTRONICS, INC., a South Korean corporation; LG ELECTRONICS U.S.A., INC., a Delaware corporation; and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>*Defendants*. | Case No. 15-cv-02500-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING OUTCOME OF *INTER PARTES* REVIEW** |

Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; and LG Electronics Mobilecomm U.S.A., Inc. (collectively, LG) and Plaintiff Rothschild Storage Retrieval Innovations, LLC ("Plaintiff" or "Rothschild") (altogether, the "Parties") hereby stipulate to stay present action, with this Court's approval, pending the outcome of the *inter partes* review of U.S. Patent No. 8,437,797 ("the '797 Patent"), which is the sole patent involved in this litigation. In support thereof, the parties state as follows:

## BACKGROUND

Rothschild initially asserted the '797 Patent in seven different lawsuits in the Southern District of Florida against LG, Sony Mobile, Apple, Samsung, HTC, Nokia, and Motorola. Five of those litigations—those involving LG, Sony Mobile, Apple, HTC, and Samsung—have been transferred to the Northern District of California and are now pending before this Court. Sony Mobile, Apple, HTC, and Samsung all moved this Court to stay their respective litigations pending the outcome of the *inter partes* review that Google requested on December 19, 2014, which the Patent Trial and Appeal Board ultimately instituted on July 13, 2015 (IPR2015-00474) (the "Google IPR"). This Court granted Sony Mobile's, Apple's, HTC's, and Samsung's motions to stay on May 6, 2015[1] and then continued the stays on July 22, 2015.[2]

## STIPULATION

Because the Parties to this litigation wish to preserve party and judicial resources and in light of the Court's prior rulings in the related cases, the Parties agree that this litigation should be

---

[1] *See Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Communications (U.S.A), Inc.*, N.D.C.A. Civ. No. 15-cv-00234-EDL, Dkt. 80 (May 6, 2015); *see also Rothschild Storage Retrieval Innovations, LLC v. HTC Corp., et al.*, N.D.C.A. Civ. No. 15-cv-00373-EDL, Dkt. 64 (May 6, 2015); *see also Rothschild Storage Retrieval Innovations, LLC v. Samsung Electronics Co. LTD., et al.*, N.D.C.A. Civ. No. 15-cv-00539-EDL, Dkt. 85 (May 6, 2015); *see also Rothschild Storage Retrieval Innovations, LLC v. Apple Inc.*, N.D.C.A. Civ. No. 15-cv-00541-EDL, Dkt. 79 (May 6, 2015).

[2] *See Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Communications (U.S.A), Inc.*, N.D.C.A. Civ. No. 15-cv-00234-EDL, Dkt. 84 (July 22, 2015); *see also Rothschild Storage Retrieval Innovations, LLC v. HTC Corp., et al.*, N.D.C.A. Civ. No. 15-cv-00373-EDL, Dkt. 67 (July 22, 2015); *see also Rothschild Storage Retrieval Innovations, LLC v. Samsung Electronics Co. LTD., et al.*, N.D.C.A. Civ. No. 15-cv-00539-EDL, Dkt. 88 (July 22, 2015); *see also Rothschild Storage Retrieval Innovations, LLC v. Apple Inc.*, N.D.C.A. Civ. No. 15-cv-00541-EDL, Dkt. 83 (July 22, 2015).

stayed in a manner consistent with this Court's May 6, 2015, Order governing the Sony Mobile, Apple, HTC, and Samsung litigations. Accordingly, the Parties agree and hereby stipulate as follows:

1. the case shall be stayed in view of the Google IPR;
2. LG agrees to the same level of estoppel as the other non-parties to the IPR; and
3. the Parties shall provide the Court with a written update on the status of the proceedings before the Patent Trial and Appeal Board within one week of a final written decision our other conclusion of the Google IPR, or by July 20, 2016, whichever is earlier.

The Parties further agree that in light of the above stipulation, the Case Management Conference scheduled for October 6, 2015 at 3:00 P.M. in Courtroom E, 15th Floor, San Francisco is no longer necessary. Thus, the Parties respectfully request that the Court adopt the stipulation set forth above and vacate the Case Management Conference.

DATED: September 28, 2015                    DATED: September 28, 2015

SIGNED: */s/ Sarah Barrows*                  SIGNED: */s/ Jill F. Kopeikin*

SARAH BARROWS (CA SBN 253278)                Jill F. Kopeikin (State Bar No. 160792)
barrowss@gtlaw.com                           jkopeikin@gcalaw.com
GREENBERG TRAURIG, LLP                       Valerie M. Wagner (State Bar No. 173146)
4 Embarcadero Center, Suite 3000             vwagner@gcalaw.com
San Francisco, CA 94111                      GCA LAW PARTNERS, LLC
T: (415) 655-1300 / F: (415) 707-2010        2570 W. El Camino Real, Suite 510
                                             Mountain View, CA 94040
*Attorney for Defendants*                    T: (650) 428-3900 / F: (650) 428-3901

                                             *Attorneys for Plaintiff*

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Defendants has obtained the concurrence of Defendant's counsel in the filing of this stipulation.

Dated: September 28, 2015            By:    */s/ Sarah Barrows*
                                                       Sarah Barrows

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The parties' Stipulation to Stay Litigation Pending Outcome of Inter Partes Review is granted, and this case is hereby stayed. The case management conference originally scheduled for October 6, 2015, is vacated, and mediation deadlines are stayed. The Parties shall provide the Court with a written update on the status of the proceedings before the Patent Trial and Appeal Board within one week of a final written decision or other conclusion of the Google IPR, or by July 20, 2016, whichever is earlier.

2. Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; and LG Electronics Mobilecomm U.S.A., Inc., shall be estopped from arguing in this litigation any ground raised in the IPR upon which a final decision is rendered.

DATED:_____

Hon. Elizabeth D. Laporte
United States District Court Magistrate Judge,
Northern District of California