1   Jill F. Kopeikin (State Bar No. 160792)
    Valerie M. Wagner (State Bar No. 173146)
2   GCA LAW PARTNERS LLP
    2570 W. El Camino Real, Suite 510
3   Mountain View, CA 94040
    Tel: (650) 482-3900
4   Fax: (650) 428-3901
    jkopeikin@gcalaw.com
5   vwagner@gcalaw.com
6
    Andrew M. Howard (Texas 24059973)*
7   SHORE CHAN DEPUMPO LLP
    901 Main Street, Suite 3300
8   Dallas, TX 75202
    Tel: (214) 593-9110
9   Fax: (214) 593-9118
10
    *Admitted Pro Hac Vice
11
    Attorneys for Plaintiff
12  ROTHSCHILD STORAGE
    RETRIEVAL INNOVATIONS, LLC
13

Sarah Barrows (CA SBN 253278)
barrows@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

Eric J. Maiers
maierse@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Defendants
LG Electronics, Inc., LG Electronics U.S.A.,
Inc., and LG Electronics Mobilecomm U.S.A.,
Inc.

14
15              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
17  ROTHSCHILD STORAGE                    Case No. 3: 15-cv-02500-EDL
    RETRIEVAL INNOVATIONS, LLC,
18
                  *Plaintiff,*            **STIPULATION AND [PROPOSED]
19                                        ORDER FOR DISMISSAL**
    LG ELECTRONCIS, INC., a South Korean
20  corporation; LG ELECTRONICS U.S.A.,   **Judge: Elizabeth D. Laporte**
    INC., a Delaware corporation; and LG
21  ELECTRONICS MOBILECOMM U.S.A.,
    INC., a California corporation,
22
23                *Defendants.*
24
25
26
27
28

1    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO

2  THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

3  1.    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Rothschild Storage Retrieval

4  Innovations, LLC, and Defendants, LG ELECTRONCIS, INC., a South Korean corporation; LG

5  ELECTRONICS U.S.A., INC., a Delaware corporation; and LG ELECTRONICS

6  MOBILECOMM U.S.A., INC., a California corporation, hereby stipulate to the dismissal of the

7  action with prejudice.  All claims of infringement raised by Plaintiff are dismissed with

8  prejudice.  All claims, defenses, or counterclaims raised by Defendants are dismissed with

9  prejudice.  Each party will bear is own costs and fees.

1

2

Dated: October 19, 2015
Respectfully submitted,

3

4

5

6

7

8

9

10

11

12

13

/s/ Valerie M. Wagner
Valerie M. Wagner (State Bar No. 173146)
vwagner@gcalaw.com
Jill F. Kopeikin (State Bar No. 160792)
jkopeikin@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 500
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Andrew M. Howard (Texas 24059973)*
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
*Admitted Pro Hac Vice

14

15

Counsel for Plaintiff Rothschild
Storage Retrieval Innovations, LLC.

/s/ Sarah Barrows
Sarah Barrows (CA SBN 253278)
barrows@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

Eric J. Maiers
maierse@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Defendants
LG Electronics, Inc., LG Electronics U.S.A.,
Inc., and LG Electronics Mobilecomm U.S.A.,
Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

3    This Court, having reviewed this Stipulation and [Proposed] Order, and good cause

4    appearing therefore, orders all claims and counter-claims as between the parties to the above

5    stipulation and hereby dismissed with prejudice, with each party to bear his or its own attorney's

     fees and costs.

6

7    DATED:_____, 2015      By:_____

                                              The Honorable Elizabeth D. Laporte
8                                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  October 19, 2015            GCA LAW PARTNERS LLP


By:  /s/ Valerie M. Wagner
     Valerie M. Wagner

Attorneys for ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, LLC