Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Tel: (650) 482-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Andrew M. Howard (Texas 24059973)*
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Tel: (214) 593-9110
Fax: (214) 593-9118

*Admitted Pro Hac Vice

Attorneys for Plaintiff
ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC

Sarah Barrows (CA SBN 253278)
barrows@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Tel: (415) 655-1300
Fax: (415) 707-2010

Eric J. Maiers
maierse@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Attorneys for Defendants
LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>LG ELECTRONCIS, INC., a South Korean corporation; LG ELECTRONICS U.S.A., INC., a Delaware corporation; and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation,<br><br>*Defendants.* | Case No. 3: 15-cv-02500-EDL<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR DISMISSAL**<br><br>**Judge: Elizabeth D. Laporte** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Rothschild Storage Retrieval Innovations, LLC, and Defendants, LG ELECTRONCIS, INC., a South Korean corporation; LG ELECTRONICS U.S.A., INC., a Delaware corporation; and LG ELECTRONICS MOBILECOMM U.S.A., INC., a California corporation, hereby stipulate to the dismissal of the action with prejudice. All claims of infringement raised by Plaintiff are dismissed with prejudice. All claims, defenses, or counterclaims raised by Defendants are dismissed with prejudice. Each party will bear is own costs and fees.

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL    1    CASE NO. 3:15-CV-02500-EDL

Dated: October 19, 2015
Respectfully submitted,

| | |
|---|---|
| */s/ Valerie M. Wagner*<br>Valerie M. Wagner (State Bar No. 173146)<br>vwagner@gcalaw.com<br>Jill F. Kopeikin (State Bar No. 160792)<br>jkopeikin@gcalaw.com<br>GCA LAW PARTNERS LLP<br>2570 W. El Camino Real, Suite 500<br>Mountain View, CA 94040<br>Telephone: (650) 428-3900<br>Facsimile: (650) 428-3901<br><br>Andrew M. Howard (Texas 24059973)*<br>SHORE CHAN DEPUMPO LLP<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Telephone: (214) 593-9110<br>Facsimile: (214) 593-9111<br>*Admitted Pro Hac Vice<br><br>Counsel for Plaintiff Rothschild<br>Storage Retrieval Innovations, LLC. | */s/ Sarah Barrows*<br>Sarah Barrows (CA SBN 253278)<br>barrows@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Tel: (415) 655-1300<br>Fax: (415) 707-2010<br><br>Eric J. Maiers<br>maierse@gtlaw.com<br>Greenberg Traurig, LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>Tel: (312) 456-8400<br>Fax: (312) 456-8435<br><br>Attorneys for Defendants<br>LG Electronics, Inc., LG Electronics U.S.A.,<br>Inc., and LG Electronics Mobilecomm U.S.A.,<br>Inc. |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL   2   CASE NO. 3:15-CV-02500-EDL

**[PROPOSED] ORDER**

This Court, having reviewed this Stipulation and [Proposed] Order, and good cause appearing therefore, orders all claims and counter-claims as between the parties to the above stipulation and hereby dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

DATED: October 21, 2015          By: *Elizabeth D. Laporte*
                                     The Honorable Elizabeth D. Laporte
                                     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL          3          CASE NO. 3:15-CV-02500-EDL